**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-6694**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

ANDRE L. CORBETT,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Robert J. Conrad, Jr., District Judge.  (3:07-cr-00144-RJC-SCR-1)

Submitted:  August 26, 2025                                    Decided:  September 18, 2025

Before WILKINSON, NIEMEYER, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Andre Corbett, Appellant Pro Se.  Amy Elizabeth Ray, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Asheville, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Andre Corbett appeals the district court's order granting his motion under 18 U.S.C. § 3582(c)(1)(A)(i) and reducing his sentence.  We have reviewed the record and Corbett's claims and find no abuse of discretion.  Accordingly, we affirm the district court's order. *United States v. Corbett*, No. 3:07-cr-00144-RJC-SCR-1 (W.D.N.C. July 2, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*